IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 59 days, to and including June 9, 2006, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed April 11, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the United States Army Corps of Engineers District, New York ("the Corps"), with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for the Corps has informed counsel for defendant

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a

that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain from Corps employees the relevant information and documentation needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint. Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the Corps, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

---

written statement of all facts, information, and proofs." 28 U.S.C. § 520.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

DONALD HARRIS
Office of Counsel
U.S. Army Engineer District
New York, New York

March 31, 2006

CERTIFICATE OF FILING

I hereby certify that on March 31, 2006, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON