# In The United States Court of Federal Claims

No. 06-101C

(Filed: April 3, 2006)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

On March 31, 2006, defendant filed an unopposed motion for enlargement of time of 59 days within which to file its response to plaintiff's complaint. The motion is hereby **GRANTED**. Accordingly, defendant shall file its response on or before June 9, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge