# In The United States Court of Federal Claims

No. 06-101C

(Filed: August 15, 2006)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

A preliminary status conference was held in this case on August 14, 2006. Participating in the conference were Michael H. Payne, on behalf of plaintiff, and Donald B. Stinson, on behalf of defendant. Pursuant to the discussion held therein:

1. On or before August 31, 2006, the parties shall exchange initial disclosures.

2. On or before January 31, 2007, fact discovery shall be completed.

3. On or before February 14, 2007, the parties shall file a joint status report, indicating how this case should proceed, with, if appropriate, a proposed briefing schedule for dispositive motions, or alternatively, a schedule for completion of all discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge