IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-101C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the parties respectfully request that the Court enlarge by 58 days, through March 30, 2007, the deadline for the parties to complete discovery. Currently, discovery is scheduled to end on January 31, 2007. This is the parties' first such request.

The parties are currently engaged in written discovery. However, the parties have experienced delays resulting from difficulties in the retrieval of requested electronic data and the need to copy a large number of oversized survey maps in accordance with Government Printing Office procurement regulations. In addition, because a substantial number of documents were requested and produced during discovery, the parties need additional time to review discovery responses, to schedule depositions of relevant witnesses, and take additional discovery, as necessary.

If difficulties retrieving and reviewing electronic data persist, it is possible that the parties will need to request a second enlargement of time to complete discovery. However, at this juncture, the parties believe that a 58 day extension will be sufficient. Accordingly, we

respectfully request that the Court enlarge by 58 days, from January 31, 2007, to and including March 30, 2007, the deadline for fact discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Michael Payne
MICHAEL PAYNE
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
tel: (215) 542-2777
fax: (215) 542-277

Attorney for plaintiff

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-1709
fax: (202) 307-0972

January 26, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 26, 2007, a copy of the foregoing "JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle