# In The United States Court of Federal Claims

No. 06-101C

(Filed: January 29, 2007)

---

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

**ORDER**

On January 26, 2007, the parties filed a joint motion for an enlargement of time to complete discovery. This motion is hereby **GRANTED**. Accordingly:

1. On or before March 30, 2007, fact discovery shall be completed.

2. On or before April 13, 2007, the parties shall file a joint status report, indicating how this case should proceed, with, if appropriate, a proposed briefing schedule for dispositive motions, or alternatively, a schedule for completion of all discovery.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge