IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-101C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully request that the Court enlarge by 56 days, through May 25, 2007, the deadline for the parties to complete discovery. Currently, discovery is scheduled to end on March 30, 2007. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff does not oppose this motion for an enlargement.

On January 26, 2007, the parties filed a joint motion to extend discovery through March 30, 2007. On January 29, 2007, the Court issued an Order granting the joint motion to extend discovery. On February 20, 2007, plaintiff produced seven DVDs containing the equivalent of 444 CDs of electronic data responsive to defendant's discovery requests. Defendant requires additional time to review this substantial volume of electronic data, and to schedule depositions of relevant witnesses.

Accordingly, defendant respectfully requests that the Court enlarge by 56 days, from March 30, 2007, to and including May 25, 2007, the deadline for fact discovery. Defendant also respectfully requests that the Court enlarge the corresponding deadline for filing the joint status report at the conclusion of fact discovery from April 13, 2007, to and including June 8, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL
DONALD HARRIS
Office of Counsel
Army Corps of Engineers
Room 1837
26th Federal Plaza
New York, NY 10278

s/ Tara J. Kilfoyle
TARA J. KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-1709
fax: (202) 307-0972

March 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 19, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle