IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION FOR A STAY

Pursuant to RCFC 1, defendant respectfully requests that the Court stay proceedings in this case to provide the parties with the opportunity to engage in settlement discussions. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff consents to this motion.

The parties have met upon two occasions to engage in settlement negotiations. To date, the parties have not been able to reach an agreement. Defendant wishes to continue to discuss settlement with plaintiff to determine whether, as a business decision, it is in the Government's best interests to settle this case as opposed to continuing with litigation. Plaintiff also wishes to continue to explore the possibility of settlement.

The Court's Order of March 20, 2007 stated that the Court would not grant the parties any further extensions of time to engage in discovery. The parties would like to have the opportunity to continue to explore the possibility of settlement while preserving the remainder of the discovery period in the event that they are unable to reach an agreement. In addition, it would be in the best interests of the parties to devote their resources to working towards reach an agreement at this time as opposed to engaging in additional discovery that may ultimately prove unnecessary for resolution of this matter.

Accordingly, defendant respectfully requests that the Court grant this motion for a stay. Defendant respectfully proposes that the parties provide the Court with a joint status report advising the Court whether the parties wish to continue to pursue settlement negotiations within 30 days of the date that the Court enters an Order staying this case.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

OF COUNSEL:
Donald M. Harris
Counsel
U.S. Army Engineer District
New York

April 26, 2007

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007 a copy of the foregoing "DEFENDANT'S CONSENT MOTION FOR A STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle

TARA J. KILFOYLE