# In The United States Court of Federal Claims

No. 06-101C

(Filed: April 27, 2007)

---

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**ORDER**

---

A telephonic status conference will be held in this case on Tuesday, May 1, 2007, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge