# In The United States Court of Federal Claims

No. 06-101C

(Filed: May 2, 2007)

---

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**ORDER**

---

On May 1, 2007, a telephonic status conference was held in this case. Participating in the conference were Michael H. Payne on behalf of plaintiff and Tara J. Kilfoyle on behalf of defendant. Pursuant to discussion during this conference, discovery in this case is hereby **STAYED** until further notice by the court. Accordingly:

1. On or before June 1, 2007, the parties shall file a joint status report detailing any progress made towards settlement. The parties shall file such joint status reports every 28 days thereafter.

2. Should this report or any subsequent reports indicate that significant progress has not been made, the court will restore this case to the active docket.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge