IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of May 2, 2007, the parties respectfully submit this Joint Status Report. The parties have met upon two occasions to engage in settlement negotiations since the parties' status conference with the Court on May 1, 2007. On May 15, 2007, counsel for defendant met with counsel for plaintiff at counsel for plaintiff's offices in Fort Washington, Pennsylvania. On May 22, 2007, counsel for the parties and representatives from Jay Cashman, Inc. and the Army Corps of Engineers met at defendant's offices in Caven Point, New Jersey.

Although the parties have made progress in their negotiations, to date, the parties have not been able to reach an agreement. However, at this time, both parties wish to continue to explore the possibility of settlement. The parties plan to meet again on June 13, 2007, at defendant's offices in Caven Point, New Jersey, for further settlement negotiations.

The parties respectfully propose that pursuant to the Court's Order of May 2, 2007, the parties submit an additional Joint Status Report on or before June 29, 2007, advising the Court of their further progress, if neither party has filed a motion to lift the stay prior to that time.

Respectfully submitted,

s/ Michael H. Payne
MICHAEL H. PAYNE
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
Tele: (215) 542-2777
Fax: (215) 542-2779

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

Attorneys for Defendant

June 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle