# In The United States Court of Federal Claims

No. 06-101C

(Filed: June 6, 2007)

---

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant

---

**ORDER**

---

On May 2, 2007, the court stayed discovery in this case until further notice. In that order, the court indicated that should any of the parties' status reports indicate that significant progress has not been made, the court will restore this case to the active docket. On June 1, 2007, the parties filed a joint status report indicating that they have met twice and that some progress has been made. Because it appears that significant progress has not been made, the court hereby restores this case to the active docket. Accordingly:

1. On or before July 20, 2007, fact discovery in this case shall be completed.

2. On or before August 3, 2007, the parties shall file a joint status report indicating how this case should proceed, with, if appropriate, a proposed briefing schedule for dispositive motions, or alternatively, a schedule for completion of all discovery.

3. The parties are encouraged to continue to pursue settlement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge