IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-101C |
| THE UNITED STATES OF AMERICA, Defendant. | ) | (Judge Allegra) |

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge by 41 days, through August 31, 2007, the deadline for the parties to complete fact discovery. Currently, discovery is to be completed on July 20, 2007, pursuant to the Court's Order filed on June 6, 2007. Plaintiff has consulted with counsel for the Defendant, and counsel for Defendant has consented to this motion for an enlargement.

The parties have previously requested, and the Court has granted, two enlargements of the time to complete discovery. These requests were made because of the voluminous technical data, much of it in electronic form, that the parties produced. The case involves complex technical issues, and the parties have held four meetings at the offices of the Corps of Engineers to

exchange information. Those meetings led to negotiations that have progressed to the point where the prospects for a settlement are, in the opinion of counsel, worth the investment of additional time.

The parties have recently agreed to a meeting between technical representatives of each side, at the Plaintiff's offices in Boston, without counsel, for the purpose of attempting to reach an agreement on one of the major technical issues in the case. That meeting is scheduled to occur in early July, subject to the availability and schedule of Corps of Engineers' personnel. It is anticipated that one, or two, additional negotiating sessions will be held in New York with all of the representatives of the parties present (approximately fifteen people have attended the previous meetings) later in July in an attempt to settle the case.

The Court, in its Order filed on June 6, 2007, restoring the case to the active docket, stated that ". . . it appears that significant progress has not been made." In the time since that Order was entered, Plaintiff respectfully submits that significant progress has been made and that it will not be productive, or efficient, for the parties to continue discovery while further discussions are being conducted. Although it is certainly possible that a settlement will not be achieved, the parties believe that the need for further discovery has been significantly decreased as a result of the discussions that have

occurred. The parties further believe that it may be appropriate to consider ADR if further negotiations are unproductive.

The Plaintiff is convinced that the representatives of the Defendant, and Defendant's counsel, are acting in good faith and respectfully requests that an enlargement of time be granted.

Respectfully submitted,

Dated: June 19, 2007

s/Michael H. Payne

Michael H. Payne, Esq.
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
Tel: 215-542-2777
Fax: 215-542-2779
email: mpayne@phslegal.com

Attorney for
Jay Cashman, Inc.

Of Counsel:

Joseph A. Hackenbracht, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
Tel: 215-542-2777
Fax: 215-542-2779
email: jah@phslegal.com

CERTIFICATE OF FILING

I hereby certify that on June 19, 2007, a copy of the foregoing “PLAINTIFF’S MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE DISCOVERY” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Michael H. Payne