# In The United States Court of Federal Claims

No. 06-101C

(Filed: June 21, 2007)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 16, 2007, plaintiff filed an unopposed motion for an enlargement of time until August 31, 2007, to complete discovery. This motion is hereby **GRANTED**, in part, and **DENIED**, in part. Accordingly:

1. On or before August 17, 2007, fact discovery in this case shall be completed.

2. On or before August 31, 2007, the parties shall file a joint status report indicating how this case should proceed, with, if appropriate, a proposed briefing schedule for dispositive motions, or alternatively, a schedule for completion of all discovery.

3. Unless a settlement in principle is reached, there will be **no further extensions** of fact discovery under any circumstances.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge