IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of June 21, 2007, the parties respectfully submit this joint status report. The parties completed fact discovery on August 17, 2007. The parties are in the process of scheduling another meeting to engage in settlement discussions in light of the information obtained through the completion of fact discovery, and continue to hope that they will be able to reach an agreement and resolve this litigation amicably.

In the event that the parties are not able to reach an agreement, the parties intend to file cross motions for summary judgment on the issue of entitlement. The parties propose that any motions for summary judgment be filed on or before November 16, 2007. The parties also propose that the parties would designate experts following the Court's decision on the parties' motions for summary judgment, so that the parties are advised of the remaining issues in the case prior to designating their experts, and at that time schedule the completion of all discovery.

However, if the parties are able to reach an agreement in principle, the parties may file a motion to stay the case while the settlement is reviewed by an authorized representative of the Attorney General.

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Michael H. Payne
Michael H. Payne
Payne Hackenbracht & Sullivan
220 Commerce Dr., Suite 100
Fort Washington, PA 19034
(215) 542-2777
Fax: (215) 542-2779

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

August 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle

TARA J. KILFOYLE