# In The United States Court of Federal Claims

No. 06-101C

(Filed: October 19, 2007)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

A telephonic status conference that was originally scheduled for October 24, 2007, has been rescheduled for Monday, November 5, 2007, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge