# In The United States Court of Federal Claims

No. 06-101C

(Filed: November 5, 2007)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On November 5, 2007, the court held a telephonic status conference in this case. Participating in this conference were Michael H. Payne, for plaintiff, and Tara J. Kilfoyle, for defendant. In accordance with discussions therein, the court hereby orders that plaintiff's motion for partial summary judgment shall be filed on or before December 14, 2007. Any cross motion or other briefs shall be filed in accordance with the timing provisions of the Rules of the Court of Federal Claims.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge