IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Francis M. Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Jay Cashman, Inc., by its counsel, respectfully moves pursuant to RCFC 56 for partial summary judgment in favor of Plaintiff and against the Defendant, the United States. As more fully explained in the supporting Memorandum filed herewith, there are no material facts in dispute and Plaintiff is entitled to judgment in its favor as a matter of law.

WHEREFORE, Plaintiff respectfully requests that the Court enter partial summary judgment in its favor.

Respectfully submitted,

Dated: December 14, 2007

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Drive, Suite 100
Fort Washington, PA 19034
Tel: (215) 542-2777
Fax: (213) 542-2779
mhp@phslegal.com
Attorney of Record for
Jay Cashman, Inc.

Of Counsel:
Joseph A. Hackenbracht, Esquire
Payne Hackenbracht & Sullivan