IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 17-day enlargement of time, to and including January 31, 2008, to file defendant's response to plaintiff's motion for partial summary judgment and defendant's cross-motion for summary judgment. Defendant's brief is currently due on January 14, 2007. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff, and plaintiff does not oppose this motion.

Defendant requests this extension because, since receiving plaintiff's motion for partial summary judgment, counsel for defendant has been occupied with preparing defendant's reply brief and responding to a motion for interlocutory appeal and a motion to strike in OSG Product Tankers, LLC v. United States, Fed. Cl. No. 07-561C, a bid protest action involving numerous issues in which the parties cross-motions for judgment upon the administrative record have been extended in length, and defendant has been required to respond to a Motion for Judgment Upon the Administrative Record and Statement of Facts that total 102 pages in length. In addition, prior to the current due date for defendant's response to plaintiff's motion for partial summary judgment and defendant's cross-motion for summary judgment, counsel for defendant will be

required to prepare for oral argument in this same bid protest action, which is scheduled to be held the week of January 14, 2008.

Furthermore, since receiving plaintiff's motion for partial summary judgment, counsel for defendant has been simultaneously preparing for trial, preparing pre-trial filings, and engaging in settlement negotiations in Susan Carson v. United States, Fed. Cl. 05-612C. Counsel for defendant has also been occupied preparing the Government's formal response brief in Wilfredo Romero v. Department of Defense, Fed. Cir. No. 2007-3322, which is due on January 11, 2008, and in which defendant has previously sought an extension of time.

In addition, defendant requests this extension because counsel for defendant needs to consult with employees of the Army Corps of Engineers to respond to several technical issues raised in plaintiff's motion for partial summary judgment. However, several of the employees of the Army Corps of Engineers that defendant wishes to confer with have been unavailable due to annual leave and holiday travel. In addition, since receiving plaintiff's motion for partial summary judgment, counsel for defendant has missed two days of work due to difficulties with holiday travel.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time of 17 days, to and including January 31, 2008, within which to file defendant's response to plaintiff's motion for partial summary judgment and defendant's cross-motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
Donald M. Harris
Counsel
U.S. Army Engineer District
New York

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

January 6, 2008

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle

TARA J. KILFOYLE