IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Francis M. Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b)(1) and 6.1, Plaintiff, Jay Cashman, Inc., by its counsel respectfully requests a 28-day enlargement of time, to and including March 31, 2008, to file Plaintiff's response to Defendant's Proposed Findings of Uncontroverted Fact, Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment, and Defendant's Response to Plaintiff's Proposed Findings of Uncontroverted Facts. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has consulted with counsel for the Defendant, and Defendant has no objection to this request.

In addition to this action, the attorney of record for the Plaintiff has been engaged in a number of other cases before this Court that have occupied his attention in recent weeks and will require his continued involvement in the coming weeks. An enlargement of time is necessary so that Plaintiff's counsel can reply to Defendant's opposition and respond to Defendant's cross-motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant the unopposed motion for enlargement of time of twenty-eight days, to and including March 31,

2008, within which to file Plaintiff's response to defendant's opposition to plaintiff's motion for summary judgment and defendant's cross-motion for summary judgment.

Respectfully submitted,

Dated: February 20, 2008

/s/ Michael H. Payne

Michael H. Payne, Esquire
Payne Hackenbracht & Sullivan
220 Commerce Drive, Suite 100
Fort Washington, PA 19034
Tel: (215) 542-2777
Fax: (213) 542-2779
mhp@phslegal.com

Attorney of Record for
Jay Cashman, Inc.

Of Counsel:
Joseph A. Hackenbracht, Esquire
Payne Hackenbracht & Sullivan

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, a copy of the foregoing "PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael H. Payne
Michael H. Payne