# In The United States Court of Federal Claims

No. 06-101C

(Filed: March 26, 2008)

JAY CASHMAN, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On March 24, 2008, plaintiff filed an unopposed motion for enlargement of time of 14 day, to and including April 14, 2008, to file its response to defendant's proposed findings of uncontroverted fact. The motion is hereby **GRANTED**. Accordingly, on or before April 14, 2008, plaintiff shall file its response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge