IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 4-day enlargement of time, to and including May 5, 2008, to file defendant's reply in support of defendant's cross-motion for summary judgment. Defendant's brief is currently due on May 1, 2008. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiff, and plaintiff does not oppose this motion.

Defendant requests this extension because, since receiving plaintiff's motion for partial summary judgment, counsel for defendant has been occupied with negotiating the terms of a proposed settlement in 13 consolidated cases in Grunley-Walsh, LLC v. United States, Fed. Cl. 06-721C. In addition, defendant requests this extension because counsel for defendant requires additional time for agency counsel and technical personnel at the Army Corps of Engineers to provide input and comments on defendant's draft reply brief.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for enlargement of time of 4 days, to and including May 5, 2008, within

which to file defendant's reply in support of defendant's cross-motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

OF COUNSEL:
Donald M. Harris
Counsel
U.S. Army Engineer District
New York

April 24, 2008

CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle

TARA J. KILFOYLE