IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAY CASHMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-101C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant moves the Court to exceed the 20-page limit provided by RCFC 5.3(b)(2) for defendant's reply in support of defendant's cross-motion for summary judgment by eight pages, for a total of 28 pages. Defendant seeks leave to exceed the page limits to enable defendant to comprehensively respond to the technical issues relating to multibeam surveys raised in (1) Plaintiff's Opposition to Defendant's Cross-motion for Summary Judgment, (2) Plaintiff's Response to Defendant's Proposed Findings of Uncontrovered Fact, and (3) Plaintiff's Reply to Defendant's Responses to Plaintiff's Proposed Findings of Uncontroverted Fact,[1] and which will assist the Court in resolving the parties' cross-motions for summary judgment.

Counsel for defendant has consulted with counsel for plaintiff, and plaintiff does not oppose this request.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

---

[1] Although we are not aware of any rule of the Court of Federal Claims permitting plaintiff to file a reply to defendant's responses to plaintiff's proposed findings of uncontrovered fact, we have not objected to this filing.

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
Donald M. Harris
Counsel
U.S. Army Engineer District
New York

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

May 1, 2008

<u>Certificate of Filing</u>

I hereby certify that on May 1, 2008, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/Tara Kilfoyle</u>