# In The United States Court of Federal Claims

No. 06-101C

(Filed: September 9, 2008)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      Oral argument on plaintiff's motion for partial summary judgment and defendant's cross-motion will be held in this case on Wednesday, November 12, 2008, at 2:00 p.m. (EST), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED.**

                                     s/ Francis M. Allegra  
                                     Francis M. Allegra  
                                     Judge