# In The United States Court of Federal Claims

No. 06-101C

(Filed: May 6, 2010)

_____

JAY CASHMAN, INC.,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On April 27, 2010, defendant filed a motion to modify the discovery schedule, seeking six additional months of fact discovery followed by three additional months of expert discovery. On May 5, 2010, plaintiff filed an opposition to defendant's motion. Although the court disagrees with the basis upon which defendant seeks additional discovery time, defendant's motion is hereby **GRANTED, in part**. Accordingly:

1. On or before July 9, 2010, fact discovery shall be completed;

2. On or before September 10, 2010, expert discovery shall be completed;

3. On or before September 24, 2010, the parties shall file a joint status report with a proposed trial date and a schedule for pre-trial filings pursuant to RCFC Appendix A ¶¶ 13-16; and

4. **No further enlargements of these deadlines will be granted.**

**IT IS SO ORDERED.**

                                                                s/ Francis M. Allegra_____
                                                                Francis M. Allegra
                                                                Judge