# In The United States Court of Federal Claims

No. 06-101C

(Filed:  September 30, 2010)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

    A telephonic conference to discuss pretrial and trial schedule will be held in this case on Friday, October 8, 2010, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**


                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge