# In The United States Court of Federal Claims

No. 06-101C

(Filed:  November 1, 2010)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

      On October 8, 2010 a telephonic status conference was held in this case.  Participating in the conference were Samuel Starr, on behalf of the plaintiff, and Michael Austin, on behalf of defendant.  In accordance with discussions held therein, the court adopts the following schedule in this matter:

1. On or before December, 3 2010, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial.  *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before January 7, 2011, plaintiff shall file:

    a. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before February 7, 2011, defendant shall file:

    a. Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A telephonic pre-trial conference will be held on February 18, 2011, at 10:00 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time; and

5. Trial in this case will commence at 9:30 a.m. (EST) on Monday, February 28, 2011, at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, MA, Courtroom #6. The subsequent day of trial will begin at 9:00 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                                          s/Francis M. Allegra
                                          Francis M. Allegra
                                          Judge