# In The United States Court of Federal Claims

No. 06-101C

(Filed: January 3, 2011)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

      On December 17, 2010 plaintiff filed a status report regarding the development of a site visit protocol.  On December 22, 2010, defendant filed its response to plaintiff's status report regarding site visit protocol.  Issues relating to the site visit will be discussed at the pretrial conference scheduled for February 18, 2011.  Parties are advised to develop any additional information as to the site visit protocol prior to the pretrial conference.

      **IT IS SO ORDERED.**

                                               s/Francis M. Allegra
                                               Francis M. Allegra
                                               Judge