# In The United States Court of Federal Claims

No. 06-101C

(Filed:  January 6, 2011)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

On January 3, 2011, the parties filed a joint motion to extend time deadlines for pre-trial filings.  This motion is hereby **GRANTED**.  The court hereby adopts the following schedule:

1. On or before January 13, 2011, plaintiff shall file:

    a. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority.  *See* Appendix A, ¶ 14(a);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

    c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

2. On or before February 11, 2011, defendant shall file:

    a. Its response to plaintiff's Memorandum of Contentions of Fact and Law.  *See* Appendix A, ¶ 14(b);

    b. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

  c. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. A telephonic pre-trial conference will be held on February 18, 2011, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time; and

4. Trial in this case will commence at 9:30 a.m. (EST) on Monday, February 28, 2011, at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, MA, Courtroom #6.  Each subsequent day of trial will begin at 9:00 a.m. (EST), unless otherwise ordered.

**IT IS SO ORDERED.**

                s/Francis M. Allegra
                Francis M. Allegra
                Judge