# In The United States Court of Federal Claims

No. 06-101C

(Filed: February 8, 2011)
_____

JAY CASHMAN, INC.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant

_____

**ORDER**
_____

On February 3, 2011, plaintiff filed a motion *in limine* to deem certain facts admitted. The court will treat plaintiff's motion as proposing findings of fact under Appendix A, ¶14(a). Accordingly, on or before February 16, 2011, defendant shall file its response to each finding of fact, indicating agreement or a basis for opposition.

**IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge