# In The United States Court of Federal Claims

No. 06-101C

(Filed:   March 2, 2011)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

    A telephonic conference to discuss a trial schedule will be held in this case on Wednesday, March 9, 2011, at 10:00 a.m. (EST).   Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge