# In The United States Court of Federal Claims

No. 06-101C

(Filed: March 28, 2011)

_____

JAY CASHMAN, INC.,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant

_____

**ORDER**

_____

      On Wednesday March 9, 2011, the court conducted a conference to discuss the rescheduling of the trial. Participating in this conference were Mr. Samuel Starr, for plaintiff, and Mr. Michael Austin, for defendant. For the reasons discussed at this conference, the court hereby orders the following:

1. Trial in this case will commence at 9:30 a.m. (EDT) on Monday, May 23, 2011, at the United States District Court for the District of Massachusetts, John Joseph Moakley United States Courthouse, One Courthouse Way, Boston, MA, Courtroom #8. Each subsequent day of trial will begin at 9:00 a.m. (EDT), unless otherwise ordered; and

2. On or before May 13, 2011, the parties shall file, if necessary, any modifications to the witness list and any additional joint stipulations of undisputed facts.

**IT IS SO ORDERED.**

                                                    s/Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge