# In The United States Court of Federal Claims

No. 06-101C

(Filed: July 15, 2011)

_____

JAY CASHMAN, INC.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant

_____

**ORDER**

_____

    On May 23, 2011, through June 1, 2011, the court held trial in this case in Boston, MA. At the close of trial, the record remained open pending the receipt of the transcript of the trial proceedings. On July 1, 2011, the court received a copy of the trial transcript. Proof in this case is now closed.

                                                  s/Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge