# In The United States Court of Federal Claims

No. 06-101C

(Filed: July 15, 2011)
_____

JAY CASHMAN, INC.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant

_____

**ORDER**
_____

As agreed upon by the parties at the close of trial, post-trial briefing in this case is hereby ordered as follows:

1. On or before August 31, 2011, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages;

2. On or before September 29, 2011, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages; and

3. After the replies have been filed, the court will contact the parties telephonically to arrange a date for the closing argument.

**IT IS SO ORDERED.**

                                                        s/Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge