# In The United States Court of Federal Claims

No. 06-101C

(Filed: August 31, 2011)
_____

JAY CASHMAN, INC.,

       Plaintiff,

v.

THE UNITED STATES,

       Defendant

_____

**ORDER**
_____

      On August 31, 2011, defendant filed a motion to extend the deadline for post-trial briefing until September 9, 2011.  The motion is hereby **GRANTED**, in part, and **DENIED**, in part.  Accordingly:

1. On or before September 7, 2011, the parties shall simultaneously file post-trial briefs;

2. On or before October 6, 2011, the parties shall simultaneously file replies to the initial post-trial briefs;

3. After the replies have been filed, the court will contact the parties telephonically to arrange a date for the closing argument.

**IT IS SO ORDERED.**

                                                                  s/Francis M. Allegra
                                                                  Francis M. Allegra
                                                                   Judge