# In The United States Court of Federal Claims

No. 06-101C

(Filed: October 7, 2011)
_____

JAY CASHMAN, INC.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant

_____

**ORDER**
_____

On October 6, 2011, defendant filed its post-trial reply brief. This court's order of July 15, 2011, specified that the reply briefs shall not exceed 25 pages in length. The court hereby strikes the post-trial reply as exceeds the page limit. Pursuant to RCFC 5.4(b), leave is necessary to exceed the page limit.

**IT IS SO ORDERED.**

                                                          s/Francis M. Allegra
                                                          Francis M. Allegra
                                                          Judge