# In The United States Court of Federal Claims

No. 06-101C

(Filed:  November 29, 2011)

_____

JAY CASHMAN, INC.,

      Plaintiff,

v.

THE UNITED STATES,

      Defendant

_____

**ORDER**

_____

    Closing argument will be held in this case on Friday, January 6, 2012, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                          s/Francis M. Allegra
                          Francis M. Allegra
                          Judge